# Exhibit 3



# ROMERO BRITTO

| | |
|---|---|
| **Reg. No. 3,824,466** | BRITTO CENTRAL, INC. (FLORIDA CORPORATION) |
| | 818 LINCOLN ROAD |
| **Registered July 27, 2010** | MIAMI BEACH, FL 33139 |
| **Int. Cls.: 6, 16 and 20** | FOR: SCULPTURES OF METAL, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50). |
| | FIRST USE 0-0-1987; IN COMMERCE 0-0-1987. |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | FOR: PAINTINGS; POSTERS; AND ART PRINTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50). |

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

FOR: SCULPTURES OF WOOD; SCULPTURES OF RESIN, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES "ROMERO BRITTO", WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

SER. NO. 77-889,306, FILED 12-9-2009.

CHERYL CLAYTON, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# BRITTO

| | |
|---|---|
| **Reg. No. 4,047,741** | BRITTO CENTRAL, INC. (FLORIDA CORPORATION) <br> 818 LINCOLN ROAD |
| **Registered Nov. 1, 2011** | MIAMI BEACH, FL 33139 |
| **Int. Cls.: 6, 16, 20 and 42** | FOR: SCULPTURES OF METAL, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50). |
| **TRADEMARK** | FIRST USE 0-0-1987; IN COMMERCE 0-0-1987. |
| **SERVICE MARK** | FOR: PAINTINGS; POSTERS; AND ART PRINTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50). |
| **PRINCIPAL REGISTER** | FIRST USE 0-0-1987; IN COMMERCE 0-0-1987. |

FOR: SCULPTURES OF WOOD; SCULPTURES OF RESIN, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

FOR: ARTISTIC DESIGN SERVICES FOR OTHERS IN THE FIELD OF COMMISSIONED ARTWORKS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,824,466.

THE NAME ROMERO "BRITTO" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SEC. 2(F).

SER. NO. 85-101,249, FILED 8-5-2010.

TRACY CROSS, EXAMINING ATTORNEY

*Director of the United States Patent and Trademark Office*



# United States of America
## United States Patent and Trademark Office

# BRITTO

| | |
|---|---|
| **Reg. No. 4,146,818** | BRITTO CENTRAL, INC. (FLORIDA CORPORATION) |
| **Registered May 22, 2012** | 818 LINCOLN ROAD<br>MIAMI, FL 33139 |
| **Int. Cl.: 35** | FOR: ON-LINE RETAIL ART AND GIFT SHOPS; RETAIL ART GALLERIES; RETAIL GIFT SHOPS; RETAIL SHOPS FEATURING THE ARTWORK OF ROMERO BRITTO AND MERCHANDISE INCORPORATING THE ARTWORK AND DESIGNS OF ROMERO BRITTO, IN CLASS 35 (U.S. CLS. 100, 101 AND 102). |
| **SERVICE MARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 0-0-1987; IN COMMERCE 0-0-1987. |
| | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NOS. 3,824,466 AND 4,047,741. |
| | THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES ROMERO "BRITTO", WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD. |
| | SEC. 2(F). |
| | SER. NO. 85-496,675, FILED 12-15-2011. |
| | CHRISTOPHER LAW, EXAMINING ATTORNEY |

*Director of the United States Patent and Trademark Office*



# BRITTO CENTRAL

| | |
|---|---|
| **Reg. No. 4,225,623** | BRITTO CENTRAL, INC. (FLORIDA CORPORATION) |
| **Registered Oct. 16, 2012** | 818 LINCOLN ROAD<br>MIAMI BEACH, FL 33139 |
| **Int. Cl.: 35** | FOR: RETAIL ART GALLERIES; RETAIL GIFT SHOPS; RETAIL SHOPS FEATURING THE ARTWORK OF ROMERO BRITTO AND MERCHANDISE INCORPORATING THE ARTWORK AND DESIGNS OF ROMERO BRITTO , IN CLASS 35 (U.S. CLS. 100, 101 AND 102). |
| **SERVICE MARK** | FIRST USE 0-0-1987; IN COMMERCE 0-0-1987. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES ROMERO BRITTO, WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD. |
| | SEC. 2(F). |
| | SER. NO. 85-567,680, FILED 3-13-2012. |
| | PAM WILLIS, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,256,165**
**Registered Dec. 11, 2012**

**Int. Cls.: 6, 9, 14, 16, 18, 20, 21, 27 and 28**

**TRADEMARK**
**PRINCIPAL REGISTER**

BRITTO CENTRAL, INC. (FLORIDA CORPORATION)
818 LINCOLN ROAD
MIAMI BEACH, FL 33139

FOR: HANGERS IN THE NATURE OF METAL HOOKS USED TO HANG A PURSE OR BAG FROM A TABLE, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 6-10-2008; IN COMMERCE 6-10-2008.

FOR: DECORATIVE MAGNETS; MESSENGER BAGS ESPECIALLY ADAPTED FOR HOLDING LAPTOPS; LAPTOP PROTECTIVE SLEEVES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-4-2010; IN COMMERCE 7-4-2010.

FOR: WATCHES; CLOCKS; JEWELRY BOXES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 10-6-2008; IN COMMERCE 10-6-2008.

FOR: NOTE PADS; PHOTOGRAPH ALBUMS; ADDRESS BOOKS; AGENDAS; GIFT BOXES; PAPER WEIGHTS; LUNCH BAGS MADE OF TEXTILE; BOOKENDS; DESKTOP BUSINESS CARD HOLDERS; PASSPORT HOLDERS; NOTEPADS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-10-2008; IN COMMERCE 6-10-2008.

FOR: BACKPACKS; BILLFOLDS; CLUTCH PURSES; COSMETIC CASES SOLD EMPTY; GARMENT BAGS FOR TRAVEL; HANDBAGS; KEY CASES; LEATHER KEY CHAIN; IMITATION LEATHER KEY CHAINS; LUGGAGE; LUGGAGE TAGS; PASSPORT HOLDERS; NAME CARD CASES; PURSES; SHOULDER BAGS; TOILETRY CASES SOLD EMPTY; COSMETIC BAGS SOLD EMPTY; TOTE BAGS; WALLETS; BUSINESS CARD CASES; CREDIT CARD CASES; UMBRELLAS; MESSENGER BAGS; LAPTOP BAGS; LAPTOP SLEEVES; BILLFOLDS; PET LEASHES; PET LEADS; COLLARS FOR PETS; PET COLLAR ACCESSORIES, NAMELY CHARMS; PET TAGS SPECIALLY ADAPTED FOR ATTACHING TO PET LEASHES OR COLLARS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-8-2008; IN COMMERCE 10-8-2008.

*David J. Kappos*
Director of the United States Patent and Trademark Office

**Reg. No. 4,256,165** FOR: BEDS FOR HOUSEHOLD PETS; PET CUSHIONS; PORTABLE BEDS FOR PETS; WIND CHIMES; DECORATIVE MOBILES; POLYRESIN FIGURINES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 9-19-2008; IN COMMERCE 9-19-2008.

FOR: PET FEEDING AND DRINKING BOWLS; PET TREAT JARS; DRINK ACCESSORIES, NAMELY, BOTTLE STOPPERS SPECIALLY ADAPTED FOR USE WITH WINE BOTTLES; TEA POTS; TEA BAG HOLDERS; TRAVEL MUGS; COFFEE MUGS; ESPRESSO SETS COMPRISED OF CERAMIC CUPS AND SAUCERS SOLD AS A UNIT; TEA FOR ONE SETS; TABLEWARE, NAMELY TRIVETS, PLACEMATS, SALT AND PEPPER SHAKERS, CREAM AND SUGAR SETS, COASTERS, SPOON RESTS, DESERT BOWLS, SERVING TRAYS, PLATE STANDS, GLASS PLATES, AND SIDE PLATES; PLACE CARD HOLDERS NOT OF PRECIOUS METAL; CERAMIC TRINKET BOXES; CANDLE HOLDERS; PILL BOXES FOR PERSONAL USE; POWDER COMPACTS; NON-METAL COIN BANKS; SUN CATCHERS; WORKS OF ART MADE OF GLASS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 8-10-2008; IN COMMERCE 8-10-2008.

FOR: PET FEEDING MATS; PET LITTER PAN FLOOR MATS; PET TRAVEL MATS; PET CRATE AND KENNEL MATS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 8-8-2008; IN COMMERCE 8-8-2008.

FOR: CHRISTMAS TREE ORNAMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-17-2008; IN COMMERCE 10-17-2008.

OWNER OF U.S. REG. NOS. 3,824,466, 4,047,741, AND 4,146,818.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES ROMERO BRITTO, WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

SEC. 2(F).

SER. NO. 85-432,247, FILED 9-26-2011.

CHRISTOPHER LAW, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,302,879**  BRITTO CENTRAL, INC. (FLORIDA CORPORATION)
                        818 LINCOLN ROAD
**Registered Mar. 12, 2013**  MIAMI BEACH, FL 33139

**Int. Cls.: 16 and 20**  FOR: PAINTINGS; POSTERS; ART PRINTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

**TRADEMARK**  FIRST USE 1-1-2008; IN COMMERCE 1-1-2008.

**PRINCIPAL REGISTER**  FOR: SCULPTURES OF WOOD; SCULPTURES OF RESIN, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-2008; IN COMMERCE 1-1-2008.

OWNER OF U.S. REG. NO. 3,824,466.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES "ROMERO BRITTO", WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

THE MARK CONSISTS OF THE CURSIVE SIGNATURE OF "ROMERO BRITTO".

SN 85-978,119, FILED 12-7-2010.

MARC LEIPZIG, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office



**Reg. No. 4,851,477**  BRITTO CENTRAL, INC. (FLORIDA CORPORATION)
                        818 LINCOLN ROAD
**Registered Nov. 10, 2015** MIAMI BEACH, FL 33139

**Int. Cl.: 42**        FOR: COMMERCIAL ART DESIGN SERVICES FOR OTHERS, IN CLASS 42 (U.S. CLS. 100 AND 101).

**SERVICE MARK**        FIRST USE 1-1-1987; IN COMMERCE 1-1-1987.

**PRINCIPAL REGISTER**  OWNER OF U.S. REG. NO. 3,824,466.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES "ROMERO BRITTO", WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

THE MARK CONSISTS OF THE CURSIVE SIGNATURE OF "ROMERO BRITTO".

SN 85-192,151, FILED 12-7-2010.

MARC LEIPZIG, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office